**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO.: 2:19-CR-114-JD-JEM |
| ) | |
| SERGIO GAMEZ, ) | |
|    Defendant. ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

TO:   THE HONORABLE JON E. DEGUILIO, CHIEF JUDGE,
      UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

This matter is before the Court on a Motion to Withdraw Plea Agreement [DE 55], filed by Defendant on November 17, 2021, and on which a hearing was held on December 15, 2021 before U.S. Magistrate Judge John E. Martin.

On December 9, 2021, Judge Jon E. DeGuilio issued an Order referring the motion to the undersigned Magistrate Judge to submit proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and N.D. Ind. Local Rule 72-1. Based on the record of proceedings the Court makes this Report and Recommendation.

In consideration of the hearing and the statements made by Defendant under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant, **I FIND** as follows:

(1) that Defendant understands the nature of the charges against him to which the plea is offered;

(2) that Defendant understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant understands what the maximum possible sentences are, including the effect of supervised release terms, and Defendant understands that the Sentencing Guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant is competent to plead guilty;

(6) that Defendant understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant's plea;

(8) that Defendant understands the ramifications of pleading guilty without the benefit of a plea agreement; and further,

**I RECOMMEND** that the Court accept Defendant's plea of guilty and that Defendant be adjudged guilty of Count I of the Indictment, including forfeiture of the firearm described therein, and have a sentence imposed, and **RECOMMEND** that the Motion to Withdraw Plea Agreement [DE 55] be **GRANTED** and the plea agreement [DE 28] be **WITHDRAWN**. Should these Findings and Recommendations be accepted and Defendant adjudged guilty, sentencing will be scheduled before Chief Judge Jon E. DeGuilio by separate order and notice. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

SO ORDERED this 16th day of December, 2021.

    s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES MAGISTRATE JUDGE

cc:   All counsel of record